UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRIAN VESSELS,

    Plaintiff,

v.

FRANK VARGA, et al.,

    Defendants.

Civ. No. 15-2211 (KM) (JBC)

**MEMORANDUM AND ORDER**

Plaintiff has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On February 21, 2017, and again on February 27, 2017, mail sent by the Clerk to plaintiff was returned to this Court as undeliverable. Therefore, it appears that plaintiff may no longer be residing at his address of record.

As of today's date, plaintiff has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Plaintiff shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this 3d day of March, 2017,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon plaintiff updating his contact information and satisfying the appropriate Rules.

_____
KEVIN MCNULTY
United States District Judge